**2007–1605.   State v. Pierce.**
Cuyahoga App. No. 88470, 2007-Ohio-3665. Reported at 116 Ohio St.3d 1437, 2007-Ohio-6518, 877 N.E.2d 989. On motion for reconsideration. Motion granted. Discretionary appeal is also accepted on Proposition of Law Nos. I and II, and cause continues to be held for the decision in 2006–2187, *Hyle v.*

*Porter,* Hamilton App. No. C–050768, 170 Ohio App.3d 710, 2006-Ohio-5454.

LUNDBERG STRATTON, O'CONNOR, and LANZINGER, JJ., dissent.